JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREVALO TORTILLERIA, INC., | CV 15-5497 PA (JCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE CO., INC., | |
| Defendant. | |

Pursuant to the Court's November 2, 2015, Minute Order granting the Motion to Dismiss or Stay Case and Compel Arbitration filed by defendant Applied Underwriters Captive Risk Assurance Co., Inc. ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that;

1. This action is dismissed without prejudice; and

2. Defendant shall recover its costs of suit.

DATED: November 2, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE